UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GERHARD WITTE,

    Plaintiff,

v.                                                             Case No. 12-C-309

MILWAUKEE COUNTY SHERIFF,

    Defendant.

**ORDER**

    Plaintiff filed a *pro se* civil rights action and sought leave to proceed *in forma pauperis* (IFP). His prison trust account, however, indicates a recent balance of more than $2,000 and recent deposits of $3,500. Prisoners who can afford to pay the entire filing fee up front are expected to do so, rather than require the prisons and courts to undertake the burdensome task of collecting partial payments over time. Accordingly, the motion to proceed IFP is **DENIED**. The full filing fee should be paid to the clerk within 21 days or the case will be dismissed.

    **SO ORDERED** this   4th   day of April, 2012.

                                                              s/ William C. Griesbach
                                                              William C. Griesbach
                                                              United States District Judge